**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCOS IVAN GARCIA GUTIERREZ,<br><br>Petitioner<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondents | Case No.: 2:26-cv-02597-APG-NJK<br><br>**Order (1) Granting Motion for Leave to Proceed In Forma Pauperis, (2) Denying Motion to Extend Time, and (3) Granting Petition for Writ of Habeas Corpus as Unopposed**<br><br>[ECF Nos. 7, 8, 10] |

Petitioner Marcos Ivan Garcia Gutierrez filed an amended petition for writ of habeas corpus on September 24, 2026. The response to that petition was due yesterday. Instead of responding, the federal respondents moved to extend time because counsel "need[s] to receive Petitioner's August 10, 2026 bond hearing audio from the Executive Office of Immigration Review to better evaluate the allegations in the Amended Petition . . . ." ECF No. 10 at 1. I deny the motion to extend time because that audio should have been produced long ago. On August 20, I ordered the federal respondents to produce within seven days of my order the "[t]ranscripts and/or audio recordings of any custody redetermination proceedings." ECF No. 3 at 3. The respondents' failure to comply with my order and their failure to provide that information to the U.S. Attorney's Office does not justify an extension of time. While I am sympathetic to counsel's problem, the client put counsel in this position. And the petitioner should not bear the harm of the respondents' refusal to comply with my order.

Because I deny the motion to extend time, the petition for writ of habeas corpus is unopposed, so I grant it and order petitioner's release.

I THEREFORE ORDER that the federal respondents' motion to extend time **(ECF No. 10) is DENIED**.

I FURTHER ORDER respondent John Mattos to release petitioner Ivan Garcia Gutierrez from the custody of CoreCivic **today, Friday, October 9, 2026, no later than 1:00 p.m.** The respondents must transport Gutierrez to 501 Las Vegas Blvd. South, Las Vegas, Nevada that same day. The respondents must advise Gutierrez's counsel of the estimated time of release for coordination purposes at least one hour before he is released.

I FURTHER ORDER the respondents to return all of Gutierrez's personal property to him upon his release.

I FURTHER ORDER that the respondents may not re-detain Gutierrez during the pendency of his current removal proceedings without a pre-deprivation, individualized hearing to determine whether detention is appropriate, pursuant to 8 C.F.R. § 236.1(d)(1).

I FURTHER ORDER that respondents are PERMANENTLY ENJOINED from denying Gutierrez the ability to be released on bond on the basis that he is subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

I FURTHER ORDER that petitioner Ivan Garcia Gutierrez's motion for leave to proceed in forma pauperis **(ECF No. 8) is GRANTED**.

I FURTHER ORDER the clerk of court to close this case.

DATED this 9th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE